# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: ERB, GARY L | § | Case No. 11-83268 |
| ERB, CHERYL R | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 26, 2011. The undersigned trustee was appointed on July 26, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $      69,291.50

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 11,770.18 |
   | Bank service fees | 628.07 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 2,100.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]     $ | 54,793.25 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 02/01/2012 and the deadline for filing governmental claims was 02/01/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,609.58. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $6,609.58, for a total compensation of $6,609.58.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/27/2014     By: /s/BERNARD J. NATALE
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-83268  
**Case Name:** ERB, GARY L  
ERB, CHERYL R  
**Period Ending:** 03/27/14  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/26/11 (f)  
**§341(a) Meeting Date:** 09/01/11  
**Claims Bar Date:** 02/01/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4502 Maine Trail, Crystal Lake, IL 600 12 Fee Si | 422,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Checking Account # xxxx-4120 | 43.27 | 0.00 | | 0.00 | FA |
| 4 | Chase Savings Account # xxxx-5258 | 0.25 | 0.25 | | 0.00 | FA |
| 5 | US Bank Checking Account # xxxx-6901 | 27.12 | 27.12 | | 0.00 | FA |
| 6 | US Bank Savings Account # xxxx-1378 | 10.04 | 10.04 | | 0.00 | FA |
| 7 | Household Goods and Furnishings | 12,400.00 | 10,300.00 | | 0.00 | FA |
| 8 | Australian aborigine painting, $100.00, French p | 700.00 | 0.00 | | 0.00 | FA |
| 9 | Wearing Apparel | 800.00 | 0.00 | | 0.00 | FA |
| 10 | 22 caliber pistol, old. | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Maude & Erb Development LLC | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Sommers Marketplace LLC | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Community Synergies LLC | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 14 | 2004 Lexus GX 470, 40,000 miles, fair condition | 14,050.00 | 5,693.27 | | 0.00 | FA |
| 15 | 2007 GMC Envoy Denali, 60,000 miles, fair condit | 13,650.00 | 0.00 | | 0.00 | FA |
| 16 | English Bulldog, house pet, no commercial value. | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Furs and Jewelry  (u) | 2,230.00 | 20,000.00 | | 0.00 | FA |
| 18 | Erb Equities LLC  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Accounts Payable due Debtor from Comm Synergies  (u) | 547,300.78 | 0.00 | | 0.00 | FA |
| 20 | Dennis Lamers Possible Claims of Vol of Conf  (u) | Unknown | Unknown | | 0.00 | FA |
| 21 | William Franz Possible Claims of Vol of Conf  (u) | Unknown | Unknown | | 0.00 | FA |
| 22 | Comm Synergies Claim for Breach of Fid Duties  (u) | Unknown | Unknown | | 0.00 | FA |
| 23 | Alan Rogin Possible Claims for Vol of Conf  (u) | Unknown | Unknown | | 0.00 | FA |
| 24 | Vic Lutz Possible Claims for Vol of Conf  (u) | Unknown | Unknown | | 0.00 | FA |
| 25 | David Peterson Possible Claim for Vol of Conf  (u) | Unknown | Unknown | | 0.00 | FA |
| 26 | Edie Peterson Possible Claim for Vol of Conf  (u) | Unknown | Unknown | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-83268  
**Case Name:** ERB, GARY L  
ERB, CHERYL R  
**Period Ending:** 03/27/14  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/26/11 (f)  
**§341(a) Meeting Date:** 09/01/11  
**Claims Bar Date:** 02/01/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | MEGCO2 LLC Possible Claim for Vol of Conf (u) | Unknown | Unknown | | 0.00 | FA |
| 28 | Global Settlement<br>Compromise Order entered 5/21/12 | 52,000.00 | 52,000.00 | | 59,291.50 | FA |
| **28** | **Assets Totals** (Excluding unknown values) | **$1,065,811.46** | **$98,030.68** | | **$69,291.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

PRIOR SALE OF PERSONAL PROPERTY VACATED. TRUSTEE WILL BE EMPLOYING AUCTIONEER TO SELL HOUSEHOLD GOODS AND FURNISHINGS.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012   **Current Projected Date Of Final Report (TFR):**   March 31, 2014

Printed: 03/27/2014 03:21 PM    V.13.14

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-83268  
**Case Name:** ERB, GARY L  
              ERB, CHERYL R  
**Taxpayer ID #:** **-***4736  
**Period Ending:** 03/27/14

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******96-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/11/12 | {13} | McMahon Associates, Inc. | Sale of Interest in Community Synergies | 1129-000 | 10,000.00 | | 10,000.00 |
| 07/19/12 | {28} | Gary Erb | 1st Partial Pymt on Global Settlement | 1129-000 | 500.00 | | 10,500.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,475.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,450.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,425.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,400.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,375.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,350.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033037088 20130117 | 9999-000 | | 10,350.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,500.00 | 10,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,350.00 | |
| | | | **Subtotal** | | 10,500.00 | 150.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,500.00** | **$150.00** | |

{} Asset reference(s)

Printed: 03/27/2014 03:21 PM   V.13.14

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-83268  
**Case Name:** ERB, GARY L  
ERB, CHERYL R  
**Taxpayer ID #:** **-***4736  
**Period Ending:** 03/27/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1766 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 10,350.00 | | 10,350.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.87 | 10,334.13 |
| 02/14/13 | {28} | Gary Erb | Pymt for Automobile | 1129-000 | 5,000.00 | | 15,334.13 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.98 | 15,317.15 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.29 | 15,295.86 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.46 | 15,272.40 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.69 | 15,249.71 |
| 06/03/13 | {28} | Gary Erb | Partial payment on Global Settlement | 1129-000 | 14,000.00 | | 29,249.71 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #11-83268, Pymt Bond #016018067 Voided on 06/03/13 | 2300-003 | | 11.50 | 29,238.21 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #11-83268, Pymt Bond #016018067 Voided: check issued on 06/03/13 | 2300-003 | | -11.50 | 29,249.71 |
| 06/03/13 | 10102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #11-83268, Pymt of Bond #016018067 for 06/01/13 to 06/01/14 | 2300-000 | | 11.88 | 29,237.83 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.57 | 29,201.26 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.20 | 29,155.06 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.93 | 29,113.13 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.47 | 29,072.66 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.99 | 29,026.67 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.96 | 28,987.71 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.86 | 28,941.85 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.01 | 28,898.84 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.79 | 28,860.05 |
| 03/03/14 | | Auctions, Appraisals & Liquidations, Inc. d/b/a Bob King Auc | Receipts from Auction of All Personal Prop, Household Goods & Furnishings, Etc. | | 28,033.20 | | 56,893.25 |
| | {28} | Bob King Auctons | Receipts from Auction of    39,791.50 Personal Property, Household Goods & Furnishings Etc. | 1129-000 | | | 56,893.25 |
| | | Bob King Auctions | 20% Contracted    -10,858.30 Commission for | 3610-000 | | | 56,893.25 |

Subtotals :   $57,383.20   $489.95

{} Asset reference(s)                                                                                                    Printed: 03/27/2014 03:21 PM    V.13.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-83268  
**Case Name:** ERB, GARY L  
ERB, CHERYL R  
**Taxpayer ID #:** **-***4736  
**Period Ending:** 03/27/14

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1766 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | Auctioneer |  |  |  |  |
|  |  | Bob King Auctions | Auctioneer's Expenses    -900.00 for Advertising | 3620-000 |  |  | 56,893.25 |
| 03/04/14 | 10103 | Gary & Cheryl Erb | Debtors' Exemption for Household Goods & Furnishings | 8100-002 |  | 2,100.00 | 54,793.25 |
|  |  |  | **ACCOUNT TOTALS** |  | 57,383.20 | 2,589.95 | **$54,793.25** |
|  |  |  | Less: Bank Transfers |  | 10,350.00 | 0.00 |  |
|  |  |  | **Subtotal** |  | 47,033.20 | 2,589.95 |  |
|  |  |  | Less: Payments to Debtors |  |  | 2,100.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$47,033.20** | **$489.95** |  |

| | |
|---|---|
| Net Receipts : | 57,533.20 |
| Plus Gross Adjustments : | 11,758.30 |
| Less Payments to Debtor : | 2,100.00 |
| Net Estate : | $67,191.50 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******96-66 | 10,500.00 | 150.00 | 0.00 |
| Checking # ******1766 | 47,033.20 | 489.95 | 54,793.25 |
|  | **$57,533.20** | **$639.95** | **$54,793.25** |

{} Asset reference(s)

Printed: 03/27/2014 03:21 PM    V.13.14

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 1, 2012

**Case Number:** 11-83268  
**Debtor Name:** ERB, GARY L

Page: 1

**Date:** March 27, 2014  
**Time:** 03:21:47 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| EXP 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | | $38.64 | $0.00 | 38.64 |
| ATTY 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | | $19,141.50 | $0.00 | 19,141.50 |
| AUCT 199 | Bob King Auctions<br>2040 Honey Locust Drive<br>Algonquin, IL 60102 | Admin Ch. 7 | | $10,858.30 | $10,858.30 | 0.00 |
| BOND 199 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Admin Ch. 7 | | $0.00 | $0.00 | 0.00 |
| BOND 199 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Admin Ch. 7 | | $11.88 | $11.88 | 0.00 |
| TRTE 199 | BERNARD J. NATALE<br>6833 STALTER DRIVE<br>SUITE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | | $6,609.58 | $0.00 | 6,609.58 |
| AUCTEXP 199 | Bob King Auctions<br>2040 Honey Locust Dr<br>Algonquin, IL 60102 | Admin Ch. 7 | | $900.00 | $900.00 | 0.00 |
| EXEMPT 100 | Gary & Cheryl Erb<br>% Attorney David Stretch<br>5477 Bull Valley Road<br>McHenry, IL 60050 | Secured | | $2,100.00 | $2,100.00 | 0.00 |
| 6 200 | IRS - Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Secured | 6235 INCOME 2006 & 2007<br>Objection was withdrawn on 8/13/12. | $577,455.29 | $0.00 | 577,455.29 |
| 1 610 | Robert C. Boncosky<br>887 Wedgewood Drive<br>Crystal Lake, IL 60014 | Unsecured | | $100,000.00 | $0.00 | 100,000.00 |
| 2 610 | Atlas Acquisitions LLC<br>294 Union St.<br>Attn: Avi Schild<br>Hackensack, NJ 07601 | Unsecured | 7624 HELZBERG | $2,164.22 | $0.00 | 2,164.22 |
| 3 610 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | 3839 | $13,129.27 | $0.00 | 13,129.27 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** February 1, 2012

**Case Number:** 11-83268  
**Debtor Name:** ERB, GARY L

Page: 2

**Date:** March 27, 2014  
**Time:** 03:21:47 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 610 | American InfoSource LP as agent for Citibank N.A. PO Box 248840 Oklahoma City, OK 73124-8840 | Unsecured | 3897 CITIBANK | $18,786.07 | $0.00 | 18,786.07 |
| 5 610 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | 7754/7852 BAC | $16,269.89 | $0.00 | 16,269.89 |
| 7 610 | Calvary Portfolio Services Attention: Bankruptcy Department 500 Summit Lake Drive Valhalla, NY 10595 | Unsecured | 6890 BAC | $35,557.97 | $0.00 | 35,557.97 |
| 8 610 | Asset Acceptance, LLC Assignee VICTORIAS SECRET PO Box 2036 Warren, MI 48090 | Unsecured | 8169 VICTORIA SECRET'S | $932.53 | $0.00 | 932.53 |
| 9 610 | Asset Acceptance, LLC Assignee Citibank PO Box 2036 Warren, MI 48090 | Unsecured | 5807 CITIBANK (SO DAKOTA) | $17,190.34 | $0.00 | 17,190.34 |
| 10 610 | Asset Acceptance, LLC Assignee Citibank PO Box 2036 Warren, MI 48090 | Unsecured | 4607 CITIBANK (SO DAKOTA) | $31,621.00 | $0.00 | 31,621.00 |
| 11 610 | Landscapes by Gary Weiss, Inc. 9314 McConnell Road Woodstock, IL 60098 | Unsecured | Order entered on 8/13/12 denying as a secured claim, but allowing as a general unsecured claim. | $60,333.33 | $0.00 | 60,333.33 |
| 12 610 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | 8920 | $2,266.25 | $0.00 | 2,266.25 |
| 13 610 | Zukowski, Rogers, Flood & McArdle 50 Virginia Street Crystal Lake, IL 60014 | Unsecured | Order entered on 8/13/12 denying as a secured claim, but allowing as a general unsecured claim. | $8,411.55 | $0.00 | 8,411.55 |
| 14 610 | Algonquin State Bank, N.A. c/o Zukowski, Rogers, Flood & McArdle 50 N. Virginia Street Crystal Lake, IL 60014 | Unsecured | | $6,158.77 | $0.00 | 6,158.77 |
| << Totals >> | | | | 929,936.38 | 13,870.18 | 916,066.20 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-83268
Case Name: ERB, GARY L
Trustee Name: BERNARD J. NATALE

| | **Balance on hand:** | | | $ | 54,793.25 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | IRS - Internal Revenue Service | 577,455.29 | 577,455.29 | 0.00 | 29,003.53 |

| | Total to be paid to secured creditors: | $ | 29,003.53 |
|---|---|---|---|
| | Remaining balance: | $ | 25,789.72 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 6,609.58 | 0.00 | 6,609.58 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 19,141.50 | 0.00 | 19,141.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 38.64 | 0.00 | 38.64 |
| Auctioneer Fees - Bob King Auctions | 10,858.30 | 10,858.30 | 0.00 |
| Auctioneer Expenses - Bob King Auctions | 900.00 | 900.00 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 11.88 | 11.88 | 0.00 |

| | Total to be paid for chapter 7 administration expenses: | $ | 25,789.72 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ 0.00 |
|---|---|---|
| | Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 312,821.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Robert C. Boncosky | 100,000.00 | 0.00 | 0.00 |
| 2 | Atlas Acquisitions LLC | 2,164.22 | 0.00 | 0.00 |
| 3 | USAA FEDERAL SAVINGS BANK | 13,129.27 | 0.00 | 0.00 |
| 4 | American InfoSource LP as agent for | 18,786.07 | 0.00 | 0.00 |
| 5 | FIA CARD SERVICES, N.A. | 16,269.89 | 0.00 | 0.00 |
| 7 | Calvary Portfolio Services | 35,557.97 | 0.00 | 0.00 |
| 8 | Asset Acceptance, LLC | 932.53 | 0.00 | 0.00 |
| 9 | Asset Acceptance, LLC | 17,190.34 | 0.00 | 0.00 |
| 10 | Asset Acceptance, LLC | 31,621.00 | 0.00 | 0.00 |
| 11 | Landscapes by Gary Weiss, Inc. | 60,333.33 | 0.00 | 0.00 |
| 12 | LVNV Funding LLC | 2,266.25 | 0.00 | 0.00 |
| 13 | Zukowski, Rogers, Flood & McArdle | 8,411.55 | 0.00 | 0.00 |
| 14 | Algonquin State Bank, N.A. | 6,158.77 | 0.00 | 0.00 |

| | Total to be paid for timely general unsecured claims: | $ 0.00 |
|---|---|---|
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**