# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: ERB, GARY L                                          § Case No. 11-83268
     ERB, CHERYL R                                    §
                                                              §
Debtor(s)                                                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    327 S Church Street, Room 1100
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/21/2014 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  04/28/2014         By:  /s/BERNARD J. NATALE
                                                                 Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: ERB, GARY L | § | Case No. 11-83268 |
| ERB, CHERYL R | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 69,291.50 |
| *and approved disbursements of* | $ 14,498.25 |
| *leaving a balance on hand of* [1] | $ 54,793.25 |
| **Balance on hand:** | $ 54,793.25 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | IRS - Internal Revenue Service | 577,455.29 | 577,455.29 | 0.00 | 29,003.53 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 29,003.53 |
| Remaining balance: | $ 25,789.72 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 6,609.58 | 0.00 | 6,609.58 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 19,141.50 | 0.00 | 19,141.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 38.64 | 0.00 | 38.64 |
| Auctioneer Fees - Bob King Auctions | 10,858.30 | 10,858.30 | 0.00 |
| Auctioneer Expenses - Bob King Auctions | 900.00 | 900.00 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 11.88 | 11.88 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 25,789.72 |
| Remaining balance: | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:   $        0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $        0.00
Remaining balance:   $        0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 312,821.19 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Robert C. Boncosky | 100,000.00 | 0.00 | 0.00 |
| 2 | Atlas Acquisitions LLC | 2,164.22 | 0.00 | 0.00 |
| 3 | USAA FEDERAL SAVINGS BANK | 13,129.27 | 0.00 | 0.00 |
| 4 | American InfoSource LP as agent for | 18,786.07 | 0.00 | 0.00 |
| 5 | FIA CARD SERVICES, N.A. | 16,269.89 | 0.00 | 0.00 |
| 7 | Calvary Portfolio Services | 35,557.97 | 0.00 | 0.00 |
| 8 | Asset Acceptance, LLC | 932.53 | 0.00 | 0.00 |
| 9 | Asset Acceptance, LLC | 17,190.34 | 0.00 | 0.00 |
| 10 | Asset Acceptance, LLC | 31,621.00 | 0.00 | 0.00 |
| 11 | Landscapes by Gary Weiss, Inc. | 60,333.33 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 12 | LVNV Funding LLC | 2,266.25 | 0.00 | 0.00 |
| 13 | Zukowski, Rogers, Flood & McArdle | 8,411.55 | 0.00 | 0.00 |
| 14 | Algonquin State Bank, N.A. | 6,158.77 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $          0.00
Remaining balance:  $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims:  $          0.00
Remaining balance:  $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $          0.00
Remaining balance:  $          0.00

**UST Form 101-7-NFR (10/1/2010)**

            Prepared By: /s/BERNARD J. NATALE
                  Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                               United States Bankruptcy Court
                                Northern District of Illinois

In re:                                                              Case No. 11-83268-TML
Gary L Erb                                                          Chapter 7
Cheryl R Erb
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett               Page 1 of 3                   Date Rcvd: Apr 29, 2014
                              Form ID: pdf006              Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2014.
db/jdb        #+Gary L Erb,    Cheryl R Erb,    4502 Maine Trail,    Crystal Lake, IL 60012-3112
17589552      +Alan Rogin,    250 E. Pearson Avenue,    Suite 907,    Chicago, IL 60611-7287
17589553      +Algonquin State Bank,    2400 Huntington Drive,    Algonquin, IL 60102-5956
18427052      +Algonquin State Bank, N.A.,    c/o Zukowski, Rogers, Flood & McArdle,    50 N. Virginia Street,
                Crystal Lake, IL 60014-4126
17647093      +Associated Recovery Systems,    Department # 5996,    P.O. Box 1259,    Oaks, PA 19456-1259
18036919     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,      PO Box 15102,    Wilmington, DE 19886-5102)
17589558      #+Bank of America,    PO Box 17054,    Wilmington, DE 19850-7054
17647110       Blatt, Hasenmiller, Liebsker & Moore, LLC,     P.O. Box 5463,    Chicago, IL 60680-5463
17984110       Brian J. Maude,    22N159 Pepper Road,    Barrington, IL 60010
17589562     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibank SD, NA,     Attn: Centralized Bankruptcy,     PO Box 20507,
                Kansas City, MO 64195)
17589560      #+Cary Kerbel,    500 West Superior Street,    Suite 2702,    Chicago, IL 60654-8154
17589561      +Chris Hanson,    204 East Winter Avenue,    Danville, IL 61832-1856
17647116      +Client Services, Inc.,    3451 Harry Truman Boulevard,    Saint Charles, MO 63301-9816
17782152      +Community Synergies LLC,    4502 Maine Trail,    Crystal Lake, IL 60012-3112
17589563      +Crystal Lake Bank & Trust,    70 North Williams,    Crystal Lake, IL 60014-6168
17589566      +DSNB Macys,    9111 Duke Boulevard,    Mason, OH 45040-8999
17589564      +Dan Curran,    8600 US Highway 14,    Crystal Lake, IL 60012-2706
17782154       Dave Waters,    54 Saddlecrest Crescent NE,    Calgary, Alberta T3J 0C6 CANADA
17782155      +David Peterson,    1619 Brandywine Lane,    Dixon, IL 61021-8757
17589565       Dennis Lamers,    1445 McMahon Drive,    Neenah, WI 54956-6305
17984128      +Edie Peterson,    1619 Brandywine Lane,    Dixon, IL 61021-8757
17782178      +Eric Rahn,    1112 Breckenridge Avenue,    Lake Forest, IL 60045-3846
17589568       Florian Guski,    8715 Lovesee Road,    Roscoe, IL 61073-7527
17984130      +Franz & Quance, LLC,    Attorneys,    453 Coventry Lane, Suite 104,    Crystal Lake, IL 60014-7504
17984131      +Green Vision Energy, LLC,    c/o David Peterson,    1619 Brandywine Lane,    Dixon, IL 61021-8757
17589569      +Harris (Amcore) Bank,    1105 S. IL Route 31,    Crystal Lake, IL 60014-8208
17589570      +Home State Bank,    40 Grant Street,    Crystal Lake, IL 60014-4367
17782217      +Jeff Dunham,    12545 Farm Hill Drive,    Huntley, IL 60142-7723
17589572       Jordan Glazov,    24714 N. Nodding,    Lakes, IL 60010
17984175      +Kent Erb,    2215 Oakwoods Lane,    Westfield, IN 46074-9427
18294431      +Landscapes by Gary Weiss, Inc.,    9314 McConnell Road,    Woodstock, IL 60098-7464
17984177      +Lenard Dacanay,    6706 Lexington Trail,    Crystal Lake, IL 60012-3141
17589574       Maude & Erb Development,    22N159 Pepper Road,    Barrington, IL 60010
17984179      +Maude & Erb Development I, LLC,    22292 N. Pepper Road,    Unit D,    Barrington, IL 60010-2544
17984311       Michael F. Maude,    22N159 Pepper Road,    Barrington, IL 60010
17589578      +Miller Matthias & Hull,    One North Franklin,    Suite 2350,    Chicago, IL 60606-3549
17589582      +PNC Mortgage,    6 N. Main Street,    Dayton, OH 45402-1908
17964527      +Robert C. Boncosky,    887 Wedgewood Drive,    Crystal Lake, IL 60014-6991
17589584      +Roger Penny,    3 Tattanal Place,    Hilton Head Island, SC 29928-3908
17589586      +Tek Collect,    PO Box 1269,    Columbus, OH 43216-1269
17984341      +Tim Bronn,    W9120 Ripley Road,    Cambridge, WI 53523-9721
17589588      +USAA Savings Bank,    10750 McDermott,    San Antonio, TX 78288-1600
17589589      +Victoria's Secret,    Attention: Bankruptcy,    PO Box 182686,    Columbus, OH 43218-2686
17782102      +Weisz Landscapes,    c/o Attorney James Bishop,    550 Woodstock Street,
                Crystal Lake, IL 60014-3425
17589590      +William Franz,    453 Coventry Lane,    Crystal Lake, IL 60014-7504
17589592      +Zukowski, Rogers, Flood & McArdle,    50 Virginia Street,    Crystal Lake, IL 60014-4126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17589551      +E-mail/Text: KM@ARCONCEPTSINC.COM Apr 30 2014 01:40:47     A/R Concepts,    2320 Dean Street,
                Saint Charles, IL 60175-1068
17589554      +E-mail/Text: ally@ebn.phinsolutions.com Apr 30 2014 01:38:13     Ally Financial,
                200 Renaissance Center,    Detroit, MI 48243-1300
18033145       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 30 2014 01:42:39
                American InfoSource LP as agent for,    Citibank N.A.,    PO Box 248840,
                Oklahoma City, OK 73124-8840
17647077       E-mail/Text: bky@americanprofit.net Apr 30 2014 01:40:15     American Profit Recovery,
                34405 W. 12 Mile Road,    Suite 379,   Farmington, MI 48331-5608
17589555      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 30 2014 01:39:05     Asset Acceptance LLC,
                Attn: Bankruptcy,    PO Box 2036,    Warren, MI 48090-2036
18108397      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 30 2014 01:39:05     Asset Acceptance, LLC,
                Assignee Citibank,    PO Box 2036,    Warren, MI 48090-2036
18108391      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 30 2014 01:39:05     Asset Acceptance, LLC,
                Assignee VICTORIAS SECRET,    PO Box 2036,    Warren, MI 48090-2036
17684733      +E-mail/Text: bnc@atlasacq.com Apr 30 2014 01:38:20     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303,    Attn: Avi Schild
17589559      +E-mail/Text: bankruptcy@cavps.com Apr 30 2014 01:40:10     Calvary Portfolio Services,
                Attention: Bankruptcy Department,    500 Summit Lake Drive,    Valhalla, NY 10595-1340
```

```
District/off: 0752-3          User: vgossett           Page 2 of 3                  Date Rcvd: Apr 29, 2014
                              Form ID: pdf006          Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
17647168       E-mail/Text: cio.bncmail@irs.gov Apr 30 2014 01:38:39      IRS - Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, PA   19114
17589571       E-mail/Text: cio.bncmail@irs.gov Apr 30 2014 01:38:39      IRS - Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
17589573      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2014 01:43:57      LVNV Funding LLC,
                 PO Box 740281,    Houston, TX 77274-0281
18377748       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2014 01:43:07      LVNV Funding LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
17589575      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 30 2014 01:39:10      Midland Credit Management,
                 PO Box 939019,    San Diego, CA 92193-9019
17647186      +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 30 2014 01:39:48
                 NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
18934154      +E-mail/Text: dallas.bankruptcy@LGBS.com Apr 30 2014 01:39:19      Tarrant County,
                 c/o Attorney Elizabeth Weller,    Linebarger, Goggan, Blair & Sampson, LLP,
                 2323 Bryan Street, Suite 1600,    Dallas, TX 75201-2637
17647189      +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 30 2014 01:39:48      Transworld Systems,
                 Collection Agency,    1375 East Woodfield Road, #100,    Schaumburg, IL 60173-5423
18021652      +E-mail/Text: bncmail@w-legal.com Apr 30 2014 01:39:25      USAA FEDERAL SAVINGS BANK,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17782148       Citibank
17589556*     +Asset Acceptance LLC,    Attn: Bankruptcy,    PO Box 2036,    Warren, MI 48090-2036
17589557*     +Asset Acceptance LLC,    Attn: Bankruptcy,    PO Box 2036,    Warren, MI 48090-2036
17782150*     +Associated Recovery Systems,    Department # 5996,    PO Box 1259,    Oaks, PA 19456-1259
17589567*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Exxmblciti,     Attn.:Centralized Bankruptcy,    PO Box 20507,
                 Kansas City, MO 64195)
17589585*    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Shell Oil / Citibank,     Attn.: Centralized Bankruptcy,    PO Box 20507,
                 Kansas City, MO 64195)
17589576*     +Midland Credit Management,    PO Box 939019,    San Diego, CA 92193-9019
17589577*     +Midland Credit Management,    PO Box 939019,    San Diego, CA 92193-9019
17589580*     +Nationwide Credit & Co,    815 Commerce Drive,    Suite 100,    Oak Brook, IL 60523-8839
17589581*     +Nationwide Credit & Co,    815 Commerce Drive,    Suite 100,    Oak Brook, IL 60523-8839
17589591*     +William Franz,    453 Coventry Lane,    Crystal Lake, IL 60014-7504
17984181     ##+Maude & Erb Development V, LLC,     509 Old Northwest Highway,    Suite 210,
                 Barrington, IL 60010-6816
17589579     ##+Nationwide Credit & Co,    815 Commerce Drive,    Suite 100,    Oak Brook, IL 60523-8839
17589583     ##+Robert Boncosky,    4811 Tile Line Road,    Crystal Lake, IL 60012-3244
17589587     ##+UDS,    702 Felix Street,    Saint Joseph, MO 64501-2236
                                                                                   TOTALS: 1, * 10, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-3          User: vgossett           Page 3 of 3              Date Rcvd: Apr 29, 2014
                              Form ID: pdf006          Total Noticed: 64
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2014 at the address(es) listed below:

```
          Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
          Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
          Craig A Goode    on behalf of Creditor   Crystal Lake Bank & Trust Company NA cgoode@salawus.com
          David L. Stretch    on behalf of Defendant Gary L Erb stretchlaw@gmail.com
          David L. Stretch    on behalf of Defendant Cheryl R Erb stretchlaw@gmail.com
          David L. Stretch    on behalf of Joint Debtor Cheryl R Erb stretchlaw@gmail.com
          David L. Stretch    on behalf of Debtor Gary L Erb stretchlaw@gmail.com
          George P Hampilos    on behalf of Plaintiff   Community Synergies, LLC georgehamp@aol.com,
           kris@hampilos-langley.com
          George P Hampilos    on behalf of Creditor   Community Synergies, LLC georgehamp@aol.com,
           kris@hampilos-langley.com
          Heather M Giannino    on behalf of Creditor   PNC Bank, National Association, successor by merger
           to National City Bank, successor by merger to National City Bank of Indiana
           bankruptcy@hsbattys.com, bankruptcy@hsbattys.com
          James M Philbrick    on behalf of Creditor   Ally Financial f/k/a GMAC jmphilbrick@att.net
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Scott E Hillison    on behalf of Trustee Bernard J Natale hillison@pacatrust.com
                                                                                             TOTAL: 13
```