# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: ERB, GARY L § | Case No. 11-83268 |
| ERB, CHERYL R § | |
| § | |
| Debtor(s)    § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,013,811.46        Assets Exempt: $16,793.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $29,003.53     Claims Discharged
                                                Without Payment: $2,399,253.36

Total Expenses of Administration: $38,187.97

---

   3) Total gross receipts of $ 69,291.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,100.00 (see **Exhibit 2**), yielded net receipts of $67,191.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,766,331.89 | $577,455.29 | $577,455.29 | $29,003.53 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 38,187.97 | 38,187.97 | 38,187.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,317,271.17 | 312,821.19 | 312,821.19 | 0.00 |
| **TOTAL DISBURSEMENTS** | $4,083,603.06 | $928,464.45 | $928,464.45 | $67,191.50 |

    4) This case was originally filed under Chapter 7 on July 26, 2011. The case was pending for 35 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/14/2014          By: /s/BERNARD J. NATALE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Community Synergies LLC | 1129-000 | 10,000.00 |
| Global Settlement | 1129-000 | 59,291.50 |
| **TOTAL GROSS RECEIPTS** | | **$69,291.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Gary & Cheryl Erb | Debtors' Exemption for Household Goods & Furnishings | 8100-002 | 2,100.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,100.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | IRS - Internal Revenue Service | 4300-070 | 530,060.89 | 577,455.29 | 577,455.29 | 29,003.53 |
| NOTFILED | PNC Mortgage | 4110-000 | 839,859.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 4110-000 | 13,472.00 | N/A | N/A | 0.00 |
| NOTFILED | Crystal Lake Bank & Trust | 4110-000 | 382,940.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,766,331.89** | **$577,455.29** | **$577,455.29** | **$29,003.53** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 38.64 | 38.64 | 38.64 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 19,141.50 | 19,141.50 | 19,141.50 |
| Bob King Auctions | 3610-000 | N/A | 10,858.30 | 10,858.30 | 10,858.30 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 11.88 | 11.88 | 11.88 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 6,609.58 | 6,609.58 | 6,609.58 |
| Bob King Auctions | 3620-000 | N/A | 900.00 | 900.00 | 900.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 15.87 | 15.87 | 15.87 |
| Rabobank, N.A. | 2600-000 | N/A | 16.98 | 16.98 | 16.98 |
| Rabobank, N.A. | 2600-000 | N/A | 21.29 | 21.29 | 21.29 |
| Rabobank, N.A. | 2600-000 | N/A | 23.46 | 23.46 | 23.46 |
| Rabobank, N.A. | 2600-000 | N/A | 22.69 | 22.69 | 22.69 |
| Rabobank, N.A. | 2600-000 | N/A | 36.57 | 36.57 | 36.57 |
| Rabobank, N.A. | 2600-000 | N/A | 46.20 | 46.20 | 46.20 |
| Rabobank, N.A. | 2600-000 | N/A | 41.93 | 41.93 | 41.93 |
| Rabobank, N.A. | 2600-000 | N/A | 40.47 | 40.47 | 40.47 |
| Rabobank, N.A. | 2600-000 | N/A | 45.99 | 45.99 | 45.99 |
| Rabobank, N.A. | 2600-000 | N/A | 38.96 | 38.96 | 38.96 |
| Rabobank, N.A. | 2600-000 | N/A | 45.86 | 45.86 | 45.86 |
| Rabobank, N.A. | 2600-000 | N/A | 43.01 | 43.01 | 43.01 |
| Rabobank, N.A. | 2600-000 | N/A | 38.79 | 38.79 | 38.79 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$38,187.97** | **$38,187.97** | **$38,187.97** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Robert C. Boncosky | 7100-000 | 100,000.00 | 100,000.00 | 100,000.00 | 0.00 |
| 2 | Atlas Acquisitions LLC | 7100-000 | N/A | 2,164.22 | 2,164.22 | 0.00 |
| 3 | USAA FEDERAL SAVINGS BANK | 7100-000 | N/A | 13,129.27 | 13,129.27 | 0.00 |
| 4 | American InfoSource LP as agent for | 7100-000 | 18,786.00 | 18,786.07 | 18,786.07 | 0.00 |
| 5 | FIA CARD SERVICES, N.A. | 7100-000 | 16,269.00 | 16,269.89 | 16,269.89 | 0.00 |
| 7 | Calvary Portfolio Services | 7100-000 | 33,607.00 | 35,557.97 | 35,557.97 | 0.00 |
| 8 | Asset Acceptance, LLC | 7100-000 | 898.00 | 932.53 | 932.53 | 0.00 |
| 9 | Asset Acceptance, LLC | 7100-000 | 15,670.00 | 17,190.34 | 17,190.34 | 0.00 |
| 10 | Asset Acceptance, LLC | 7100-000 | 28,825.00 | 31,621.00 | 31,621.00 | 0.00 |
| 11 | Landscapes by Gary Weiss, Inc. | 7100-000 | N/A | 60,333.33 | 60,333.33 | 0.00 |
| 12 | LVNV Funding LLC | 7100-000 | 2,336.00 | 2,266.25 | 2,266.25 | 0.00 |
| 13 | Zukowski, Rogers, Flood & McArdle | 7100-000 | 8,227.00 | 8,411.55 | 8,411.55 | 0.00 |
| 14 | Algonquin State Bank, N.A. | 7100-000 | 6,221.00 | 6,158.77 | 6,158.77 | 0.00 |
| NOTFILED | Miller Matthias & Hull One North Franklin | 7100-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Management | 7100-000 | 8,834.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Jeff Dunham | 7100-000 | 16,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Maude & Erb Development | 7100-000 | 750,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Green Vision Energy, LLC c/o David Peterson | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Florian Guski | 7100-000 | 300,000.00 | N/A | N/A | 0.00 |
| NOTFILED | David Peterson | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris (Amcore) Bank | 7100-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Edie Peterson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Home State Bank | 7100-000 | 26,000.00 | N/A | N/A | 0.00 |
| NOTFILED | IRS - Internal Revenue Service Centralized | 7100-000 | 48,085.44 | N/A | N/A | 0.00 |
| NOTFILED | Eric Rahn | 7100-000 | 2,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Jordan Glazov | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit & Co | 7100-000 | 549.00 | N/A | N/A | 0.00 |
| NOTFILED | Shell Oil / Citibank | 7100-000 | 1,772.00 | N/A | N/A | 0.00 |
| NOTFILED | Roger Penny | 7100-000 | 85,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Transworld Systems Collection Agency | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | Tek Collect | 7100-000 | 1,302.00 | N/A | N/A | 0.00 |
| NOTFILED | Lenard Dacanay | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | UDS | 7100-000 | 11,855.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems, Inc. | 7100-000 | 20,953.66 | N/A | N/A | 0.00 |
| NOTFILED | Exxmblciti | 7100-000 | 1,206.00 | N/A | N/A | 0.00 |
| NOTFILED | Tim Bronn | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | USAA Savings Bank | 7100-000 | 13,129.00 | N/A | N/A | 0.00 |
| NOTFILED | Victoria's Secret | 7100-000 | 746.00 | N/A | N/A | 0.00 |
| NOTFILED | William Franz | 7100-000 | 340,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Kent Erb | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chris Hanson | 7100-000 | 13,300.00 | N/A | N/A | 0.00 |
| NOTFILED | A/R Concepts | 7100-000 | 118.00 | N/A | N/A | 0.00 |
| NOTFILED | Dave Waters | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Community Synergies LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Client Services, Inc. | 7100-000 | 15,843.42 | N/A | N/A | 0.00 |
| NOTFILED | DSNB Macys | 7100-000 | 697.00 | N/A | N/A | 0.00 |
| NOTFILED | Dennis Lamers | 7100-000 | 250,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Dan Curran | 7100-000 | 42,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cary Kerbel | 7100-000 | 6,300.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | American Profit Recovery | 7100-000 | 658.40 | N/A | N/A | 0.00 |
| NOTFILED | Alan Rogin | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Blatt,Hasenmiller,Liebsker&MooreLLC | 7100-000 | 9,149.43 | N/A | N/A | 0.00 |
| NOTFILED | Associated Recovery Systems | 7100-000 | 15,093.82 | N/A | N/A | 0.00 |
| NOTFILED | Brian J. Maude | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$2,317,271.17** | **$312,821.19** | **$312,821.19** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-83268  
**Case Name:** ERB, GARY L  
ERB, CHERYL R  
**Period Ending:** 07/14/14

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/26/11 (f)  
**§341(a) Meeting Date:** 09/01/11  
**Claims Bar Date:** 02/01/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4502 Maine Trail, Crystal Lake, IL 600 12 Fee Si | 422,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Checking Account # xxxx-4120 | 43.27 | 0.00 | | 0.00 | FA |
| 4 | Chase Savings Account # xxxx-5258 | 0.25 | 0.25 | | 0.00 | FA |
| 5 | US Bank Checking Account # xxxx-6901 | 27.12 | 27.12 | | 0.00 | FA |
| 6 | US Bank Savings Account # xxxx-1378 | 10.04 | 10.04 | | 0.00 | FA |
| 7 | Household Goods and Furnishings | 12,400.00 | 10,300.00 | | 0.00 | FA |
| 8 | Australian aborigine painting, $100.00, French p | 700.00 | 0.00 | | 0.00 | FA |
| 9 | Wearing Apparel | 800.00 | 0.00 | | 0.00 | FA |
| 10 | 22 caliber pistol, old. | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Maude & Erb Development LLC | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Sommers Marketplace LLC | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Community Synergies LLC | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 14 | 2004 Lexus GX 470, 40,000 miles, fair condition | 14,050.00 | 5,693.27 | | 0.00 | FA |
| 15 | 2007 GMC Envoy Denali, 60,000 miles, fair condit | 13,650.00 | 0.00 | | 0.00 | FA |
| 16 | English Bulldog, house pet, no commercial value. | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Furs and Jewelry (u) | 2,230.00 | 20,000.00 | | 0.00 | FA |
| 18 | Erb Equities LLC (u) | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Accounts Payable due Debtor from Comm Synergies (u) | 547,300.78 | 0.00 | | 0.00 | FA |
| 20 | Dennis Lamers Possible Claims of Vol of Conf (u) | Unknown | Unknown | | 0.00 | FA |
| 21 | William Franz Possible Claims of Vol of Conf (u) | Unknown | Unknown | | 0.00 | FA |
| 22 | Comm Synergies Claim for Breach of Fid Duties (u) | Unknown | Unknown | | 0.00 | FA |
| 23 | Alan Rogin Possible Claims for Vol of Conf (u) | Unknown | Unknown | | 0.00 | FA |
| 24 | Vic Lutz Possible Claims for Vol of Conf (u) | Unknown | Unknown | | 0.00 | FA |
| 25 | David Peterson Possible Claim for Vol of Conf (u) | Unknown | Unknown | | 0.00 | FA |
| 26 | Edie Peterson Possible Claim for Vol of Conf (u) | Unknown | Unknown | | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-83268
**Case Name:** ERB, GARY L
ERB, CHERYL R
**Period Ending:** 07/14/14

**Trustee:** (330370) BERNARD J. NATALE
**Filed (f) or Converted (c):** 07/26/11 (f)
**§341(a) Meeting Date:** 09/01/11
**Claims Bar Date:** 02/01/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | MEGCO2 LLC Possible Claim for Vol of Conf (u) | Unknown | Unknown | | 0.00 | FA |
| 28 | Global Settlement<br>Compromise Order entered 5/21/12 | 52,000.00 | 52,000.00 | | 59,291.50 | FA |
| 28 | **Assets** Totals (Excluding unknown values) | **$1,065,811.46** | **$98,030.68** | | **$69,291.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL REPORT ILED 3/27/14. TRUSTEE WAITING FOR UST TO REVIEW SAME.

**Initial Projected Date Of Final Report (TFR):** December 31, 2012     **Current Projected Date Of Final Report (TFR):** March 27, 2014 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 11-83268 | | **Trustee:** | BERNARD J. NATALE (330370) |
| --- | --- | --- | --- | --- |
| **Case Name:** | ERB, GARY L | | **Bank Name:** | The Bank of New York Mellon |
| | ERB, CHERYL R | | **Account:** | ****-********-66 - Checking Account |
| **Taxpayer ID #:** | **-***4736 | | **Blanket Bond:** | $472,000.00 (per case limit) |
| **Period Ending:** | 07/14/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/11/12 | {13} | McMahon Associates, Inc. | Sale of Interest in Community Synergies | 1129-000 | 10,000.00 | | 10,000.00 |
| 07/19/12 | {28} | Gary Erb | 1st Partial Pymt on Global Settlement | 1129-000 | 500.00 | | 10,500.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,475.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,450.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,425.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,400.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,375.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,350.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033037088 20130117 | 9999-000 | | 10,350.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,500.00 | 10,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,350.00 | |
| | | | Subtotal | | 10,500.00 | 150.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,500.00 | $150.00 | |

{} Asset reference(s)

Printed: 07/14/2014 04:08 PM   V.13.15

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-83268 |
| **Case Name:** | ERB, GARY L |
| | ERB, CHERYL R |
| **Taxpayer ID #:** | **-***4736 |
| **Period Ending:** | 07/14/14 |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ********66 - Checking Account |
| **Blanket Bond:** | $472,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 10,350.00 | | 10,350.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.87 | 10,334.13 |
| 02/14/13 | {28} | Gary Erb | Pymt for Automobile | 1129-000 | 5,000.00 | | 15,334.13 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.98 | 15,317.15 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.29 | 15,295.86 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.46 | 15,272.40 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.69 | 15,249.71 |
| 06/03/13 | {28} | Gary Erb | Partial payment on Global Settlement | 1129-000 | 14,000.00 | | 29,249.71 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #11-83268, Pymt Bond #016018067 Voided on 06/03/13 | 2300-003 | | 11.50 | 29,238.21 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #11-83268, Pymt Bond #016018067 Voided: check issued on 06/03/13 | 2300-003 | | -11.50 | 29,249.71 |
| 06/03/13 | 10102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #11-83268, Pymt of Bond #016018067 for 06/01/13 to 06/01/14 | 2300-000 | | 11.88 | 29,237.83 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.57 | 29,201.26 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.20 | 29,155.06 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.93 | 29,113.13 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.47 | 29,072.66 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.99 | 29,026.67 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.96 | 28,987.71 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.86 | 28,941.85 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.01 | 28,898.84 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.79 | 28,860.05 |
| 03/03/14 | | Auctions, Appraisals & Liquidations, Inc. d/b/a Bob King Auc | Receipts from Auction of All Personal Prop, Household Goods & Furnishings, Etc. | | 28,033.20 | | 56,893.25 |
| | {28} | Bob King Auctons | Receipts from Auction of   39,791.50 Personal Property, Household Goods & Furnishings Etc. | 1129-000 | | | 56,893.25 |
| | | Bob King Auctions | 20% Contracted   -10,858.30 Commission for | 3610-000 | | | 56,893.25 |

Subtotals :   $57,383.20   $489.95

{} Asset reference(s)                                                                      Printed: 07/14/2014 04:08 PM   V.13.15

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 11-83268  
**Case Name:** ERB, GARY L  
ERB, CHERYL R  
**Taxpayer ID #:** **-***4736  
**Period Ending:** 07/14/14

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Bob King Auctions | Auctioneer<br>Auctioneer's Expenses    -900.00<br>for Advertising | 3620-000 | | | 56,893.25 |
| 03/04/14 | 10103 | Gary & Cheryl Erb | Debtors' Exemption for Household Goods & Furnishings | 8100-002 | | 2,100.00 | 54,793.25 |
| 05/21/14 | 10104 | BERNARD J. NATALE | Dividend paid 100.00% on $6,609.58, Trustee Compensation;  Reference: | 2100-000 | | 6,609.58 | 48,183.67 |
| 05/21/14 | 10105 | IRS - Internal Revenue Service | Distribution paid   5.02% on $577,455.29; Claim# 6; Filed: $577,455.29; Reference: 6235 INCOME 2006 & 2007 | 4300-070 | | 29,003.53 | 19,180.14 |
| 05/21/14 | 10106 | BERNARD J. NATALE, LTD. | Combined Check for Claims#EXP,ATTY | | | 19,180.14 | 0.00 |
| | | | Dividend paid 100.00%        38.64<br>on $38.64;  Claim# EXP;<br>Filed: $38.64 | 3120-000 | | | 0.00 |
| | | | Dividend paid 100.00%      19,141.50<br>on $19,141.50;  Claim#<br>ATTY; Filed: $19,141.50 | 3110-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 57,383.20 | 57,383.20 | $0.00 |
| Less: Bank Transfers | 10,350.00 | 0.00 | |
| **Subtotal** | 47,033.20 | 57,383.20 | |
| Less: Payments to Debtors | | 2,100.00 | |
| **NET Receipts / Disbursements** | **$47,033.20** | **$55,283.20** | |

| Net Receipts : | 57,533.20 |
|---|---|
| Plus Gross Adjustments : | 11,758.30 |
| Less Payments to Debtor : | 2,100.00 |
| Net Estate : | $67,191.50 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-********-66 | 10,500.00 | 150.00 | 0.00 |
| Checking # ********66 | 47,033.20 | 55,283.20 | 0.00 |
| | $57,533.20 | $55,433.20 | $0.00 |

{} Asset reference(s)

Printed: 07/14/2014 04:08 PM    V.13.15